UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                                 Case No: 10-31039-DHW
TERRY LEVI DUNAGAN                                                                Chapter 13
JULIE A DUNAGAN
       Debtor(s)

**AMENDED**

**TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

    The debtor's Chapter 13 case was filed on Thursday, April 22, 2010. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Friday, July 6, 2012, and on that date the Court ordered the plan confirmed.

    Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | TERRY LEVI DUNAGAN | TERRY LEVI DUNAGAN | 340.00 | MONTHLY | 05/22/2010 |
   | TERRY LEVI DUNAGAN | TERRY LEVI DUNAGAN | 96,997.38 | WEEKLY | 06/26/2012 |
   | TERRY LEVI DUNAGAN | TERRY LEVI DUNAGAN | 0.00 | NONE | 07/03/2012 |

   Period of payments: 60 months or until a 'POT' of $96,703.00 is paid to unsecured creditors.

   Payable to:   Chapter 13 Trustee
                   P. O. Box 613108
                   MEMPHIS TN  38101-3108

2. Senior expenses and Administrative claims to be paid:

**ADMINISTRATIVE EXPENSES**

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $2,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $2.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $3,102.31 |
| Clerk of Court | Filing Fee | $0.00 |

**SECURED, PRIORITY AND SPECIAL CLAIMS**

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| TRUSTMARK NATIONAL BANK | N | $1,298.84 | 0.00 % | $300.00 |

In re                                                                                           Case No: 10-31039-DHW
TERRY LEVI DUNAGAN                                                                              Chapter 13
JULIE A DUNAGAN
        Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Friday, July 6, 2012.                                 /s/ *Curtis C. Reding.*
                                                                                                                   Curtis C. Reding
                                                                                                                   Chapter Thirteen Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Friday, July 6, 2012.

                                                                                                                  /s/ *Curtis C. Reding*
                                                                                                                   Curtis C. Reding
                                                                                                                   Chapter Thirteen Trustee